1

2

3

4

5

6

7

8

9

10

11

12

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

13 | KATHY SHAW AND HARTWELL              Case No. CV 16-04372-DDP (RAOx)
14 | STEELE, individually, and on behalf of
     other members of the public similarly    **JUDGMENT**
15 | situated,
16 |                 Plaintiffs,
                v.
17 |
18 | NISSAN NORTH AMERICA, INC., a
     California corporation, *et al.*,
19 |
20 |                 Defendants.

21

22

23

24

25

26

27

28

-1-

1    For the reasons stated in the accompanying Order Granting Defendants'

2  Motion to Dismiss entered October 24, 2016 (Dkt. No. 38), the Complaint is

3  dismissed in its entirety without leave to amend and **FINAL JUDGMENT IS**

4  **HEREBY ENTERED** in favor of Defendant Nissan North America, Inc. and

5  against Plaintiffs Kathy Shaw and Hartwell Steele.  The Clerk **SHALL CLOSE**

6  **THE FILE**.

7    **IT IS SO ORDERED.**

8

9  DATED: October 31, 2016    _____

10    Hon. Dean D. Pregerson

    United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28